**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-7144**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LEONARD EARL ROULHAC,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:09-cr-00115-MSD-TEM-1)

Submitted:  May 22, 2025                    Decided:  May 27, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leonard Earl Roulhac, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonard Earl Roulhac appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Roulhac's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
